IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DACOREY MOSS                                                                              PLAINTIFF

v.                                         Case No. 4:24-cv-4095

MILLER COUNTY, ARKANSAS                                                      DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 5.  Judge Byrant recommends that Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) be dismissed without prejudice because Petitioner is asserting claims that should be brought under 42 U.S.C. § 1983.  Judge Bryant further recommends that the Clerk of Court inform Petitioner of this dismissal and that no certificate of appealability be issued.  Petitioner has not objected to the R&R, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 5) *in toto*.  Petitioner's Petitioner for Writ of Habeas Corpus (ECF No. 1) hereby is **DISMISSED WITHOUT PREJUDICE**.  No certificate of appealability from this dismissal shall issue.

**IT IS SO ORDERED**, this 12th day of November, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge